Watson *v.* Zanotti Motor Company, Inc.,
Appellant.

Argued April 10, 1973. *Lee C. McCandless,* with him *McCandless, Chew & Krizner,* for appellant; *William C. Robinson,* with him *Henninger & Robinson,* for appellee.

Judgment affirmed.

WRIGHT, P. J., dissents.